# ORIGINAL

jungyang.Ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam  96910
PHONE:  472-7332
FAX:  472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN - 6 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **07 - 00054** |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | **FRAUD IN CONNECTION WITH** |
| ) | **IDENTIFICATION DOCUMENTS** |
| JUNG SOO YANG, ) | [18 U.S.C. §§ 2 & 1028(a)(7)] |
| Defendant. ) | |

THE GRAND JURY CHARGES:

On or about March 10, 2004, within the District of Guam, the defendant herein, JUNG

SOO YANG, did unlawfully and knowingly possess and use, without lawful authority, a means

of identification of another person, to-wit: Taxpayer Identification Number 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,

belonging to another individual, with the intent to commit, or to aid or abet, or in connection

with, an unlawful activity that constitutes a violation of Federal law, to-wit: Title 18, United

//

//

//

States Code, Section 666(a)(2), and a violation of State law, to-wit: Title 9, Guam Code Annotated, Sections 46.80(a)(4) & 3109.

ALL IN VIOLATION of Title 18, United States Code, Sections 2 and 1028(a)(7).

Dated this 6th day of June 2007.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2

**Place of Offense:**

City _____ Hagåtña _____        **Related Case Information:**

Country/Parish _____

Superseding Indictment _____ Docket Number **07 – 00054**

Same Defendant _____    New Defendant ___ x ___

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: __x__ Yes _____ No

Defendant Name _____ JUNG SOO YANG _____

Alias Name _____

Address _____

_____

Birthdate _Xx/xx/_____ SS# _xxx-xx-___ Sex _____ Race __A__ Nationality _Korean___

**U.S. Attorney Information:**

AUSA ___ Karon V. Johnson _____

Interpreter: _____ No _X__ Yes   List language and/or dialect: _Korean_____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___    _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 2 & 1028(a)(7) | Fraud in Connection with Identification Documents | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _6/5/07_    Signature of AUSA: _Karon V. Johnson_

RECEIVED

JUN – 6 2007

DISTRICT COURT OF GUAM
HAGATNA, GUAM