LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00054 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER SEALING RECORD** |
| JUNG SOO YANG, | ) |
| Defendant. | ) |

Through an application to seal record having come before the Court, and the Court finding good cause for the issuance of the order;

IT IS SO ORDERED that the record herein be sealed until further order of the Court.

/s/ Joaquin V.E. Manibusan, Jr.
  U.S. Magistrate Judge
**Dated: Jun 06, 2007**