1  MSKim.MUS

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Agana, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 0 4 2008

JEANNE G. QUINATA
Clerk of Court

8

9      IN THE UNITED STATES DISTRICT COURT

10        FOR THE TERRITORY OF GUAM

11  UNITED STATES OF AMERICA,        )        CRIMINAL CASE NO. 07-00054
                                     )
12              Plaintiff,           )
                                     )
13         vs.                       )
                                     )        **MOTION TO UNSEAL CASE**
14  JUNG SOO YANG,                   )
                                     )
15              Defendant.           )
    _____)

16

17      COMES NOW the United States of America, and hereby moves this Honorable Court for

18  an order unsealing the above-entitled case. Defendant has been arrested. The government believes

19  that the investigations conducted while this matter was sealed have been completed, and there is no

20  further benefit to be gained by keeping this indictment secret.

21      Respectfully submitted this 4th day of February, 2008.

22                                          LEONARDO M. RAPADAS
23                                          United States Attorney
                                            Districts of Guam and NMI
24

25                              By:         _____
                                            KARON V. JOHNSON
26                                          Assistant U.S. Attorney

27

28                                  -1-