JungYANG.ORD

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00054 |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| JUNG SOO YANG, | ) **ORDER TO UNSEAL CASE** |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the above-entitled case is unsealed.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 04, 2008

-1-