# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00054      DATE: February 05, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio      Electronically Recorded: 11:29:51 - 11:44:26
CSO: B. Pereda

**APPEARANCES:**
Defendant: Jung Soo Yang      Attorney: Jacqueline T. Terlaje on behalf of Joaquin C. Arriola, Jr.

☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Carleen Borja      U.S. Marshal: D. Punzalan
Interpreter: Sung W. Yoon      Language: Korean

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Arraignment**

- Financial Affidavit reviewed and accepted: Joaquin C. Arriola, Jr. appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of the superseding Indictment.
- Plea entered: Not guilty
- Trial set for: April 1, 2008 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: