# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**JUNG SOO YANG,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 07-00054<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant in the above-entitled case.

Dated this 5th day of February 2008.

　　　　　　　　　　　　　　　　　　　/s/ Joaquin V.E. Manibusan, Jr.
　　　　　　　　　　　　　　　　　　　**U.S. Magistrate Judge**