

Yang.appdisc

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 19 2008

**JEANNE G. QUINATA**
**Clerk of Court**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00054 |
| Plaintiff, | **UNITED STATES APPLICATION TO DISCLOSE CERTAIN TAX INFORMATION** |
| vs. | |
| JUNG SOO YANG, | |
| Defendant. | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order allowing the government to disclose certain records obtained from the Internal Revenue Service (IRS) and the Guam Department of Revenue and Taxation (Guam Rev/Tax) to defense counsel Jacqueline T. Terlaje. On February 3, 2006, the court issued an Order, Misc. Case No. 06-00001, directing the IRS to disclose to the U.S. Attorney's Office any information it held on Taxpayer Identification Number xxx-xx-7906, among other matters. On March 2, 2006, the court issued an Order, Misc. Case No. 06-00005, directing the Guam Department of Revenue and Taxation to disclose to the U.S. Attorney's Office any information it held on Taxpayer Identification Number xxx-xx-7906.

Defendant Yang was indicted in the above-entitled matter, and made his initial appearance February 4, 2008. He is represented by Jacqueline T. Terlaje. The IRS and Guam

Rev/Tax information concerning the TINs referenced in the above-listed orders would be useful to Ms. Terlaje in evaluating the strength of the government's case. The release of such information is allowed by Title 26, United States Code, § 6103((i)(4)(A)(i) as information "probative of a matter in issue relevant in establishing the commission of a crime or the guilt or liability of a party."

Respectfully submitted this 19th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

2