**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**CHANGE OF PLEA**

CASE NO.: CR-07-00054     DATE: March 07, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 1:38:03 - 2:01:39 |
| CSO: B. Pereda | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Jung Soo Yang | Attorney: Joaquin C. Arriola, Jr. |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: |
| U.S. Probation: Carleen Borja | U.S. Marshal: D. Punzalan |
| Interpreter: Sung W. Yoon | Language: Korean |

**PROCEEDINGS: Change of Plea**

- Defendant consented to Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: June 5, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: May 1, 2008
- Response to Presentence Report: May 15, 2008
- Final Presentence Report due to the Court: May 29, 2008
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention
- Detention hearing requested by Defendant is set for March 13, 2008 at 1:30 p.m.

NOTES: