# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-07-00054					DATE: March 13, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori						Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio				Electronically Recorded: 1:35:18 - 1:36:31
CSO: B. Pereda

**APPEARANCES:**
Defendant: Jung Soo Yang					Attorney: Joaquin C. Arriola, Jr.
☑Present ☑Custody ☐Bond ☐P.R.			☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Karon Johnson					U.S. Agent:
U.S. Probation: Carmen O'Mallan				U.S. Marshal: G. Perez
Interpreter: Sung W. Yoon						Language: Korean

**PROCEEDINGS: Detention Hearing**
- Defense oral motion to continue. <u>Granted</u>.
- Detention hearing continued to: <u>March 18, 2008 at 9:45 a.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: