# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-07-00054　　　　　　　　　　DATE: March 18, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 9:41:36 - 9:50:31 |
| CSO: B. Pereda | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Jung Soo Yang | Attorney: Joaquin C. Arriola, Jr. |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: |
| U.S. Probation: Christopher Duenas | U.S. Marshal: D. Punzalan |
| Interpreter: Sung W. Yoon | Language: Korean |

**PROCEEDINGS: Continued Detention Hearing**
- Defendant released and placed on electronic monitoring.

NOTES: