# IN THE DISTRICT COURT OF GUAM
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00054 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| JUNG SOO YANG, | ) | |
| Defendant. | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count II of a superseding Indictment charging him with Fraud in Connection with Identification Documents, in violation of 18 U.S.C. § 1028(a)(1), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on June 5, 2008, at 9:30 a.m.

IT IS SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Mar 25, 2008**