# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

| | |
|---|---|
| CASE NO.: CR-07-00054-001 | DATE: August 12, 2008 |

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 12:50:53 - 1:00:45

**APPEARANCES:**

Defendant: Jung Soo Yang  Attorney: Levin Camacho
☑ Present ☐ Custody ☐ Bond ☑ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter: Sung Woo Yoon  Language: Korean

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>time served (approximately 44 days)</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>2 years</u>.
- Fine waived.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant to report to the Detention and Removal Division of the US Naturalization and Immigration Services Guam within 24 hours.
- Government's oral motion to dismiss Count I <u>granted</u>.

NOTES: